IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LENAHAN and<br>PETER AUBRY,<br><br>            Plaintiffs,<br>   v.<br><br>SANTA ROSA RANCHERIA TACHI<br>TRIBE aka SANTA ROSA BAND OF<br>TACHI INDIANS dba PALACE<br>INDIAN GAMING CENTER; and<br>PALACE INDIAN GAMING CENTER,<br>a California Corporation.<br><br>            Defendants. | CV F 05-608 AWI LJO<br><br>**ORDER TAKING MATTER<br>UNDER SUBMISSION** |

      Defendant Santa Rosa Rancheria Tachi Tribe has noticed for hearing and decision a motion to dismiss without leave to amend under Rules 12. The matter was scheduled for hearing to be held on March 13, 2006. Pursuant to Local Rule 78-230(c), Plaintiffs were required to file either an opposition or a notice of non-opposition no later than February 27, 2006. Plaintiffs failed to do so.

      Due to Plaintiffs's failure to file a timely opposition or notice of non-opposition, they are in violation of the Local Rules. See 78-230(c). Plaintiffs are further not entitled to be heard at oral argument in opposition to the motion. See 78-230(c). The court has reviewed Defendant's

1  motion and the applicable law, and has determined that the motion is suitable for decision
2  without oral argument.  See  Local Rule 78-230(h).
3       Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 13,
4  2006, is VACATED, and no party shall appear at that time.  As of March 13, 2006, the Court
5  will take the matter under submission, and will thereafter issue its decision.

7  IT IS SO ORDERED.
8  **Dated:    March 7, 2006**              /s/ Anthony W. Ishii
   0m8i78                          UNITED STATES DISTRICT JUDGE

daw                                   2